**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number *(if known)* _____     Chapter    **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **TEAM BUSINESS SOLUTIONS, INC.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **33-0982173** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7 Orchard<br>Ste 101<br>Lake Forest, CA 92630-8360**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | Location of principal assets, if different from principal place of business |
| | **7 Orchard Ste 101 Lake Forest, CA 92630-8360**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | **www.tbspos.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **TEAM BUSINESS SOLUTIONS, INC.**                                    Case number (*if known*) _____
       Name

**7.**  **Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.

       ____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ■ Chapter 7

    ☐ Chapter 9

    ☐ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

    ■ No.

    ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|--------|------|--------|-------------|--------|
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

    ■ No

    ☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|--------|--------|------|--------|-------------|--------|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **TEAM BUSINESS SOLUTIONS, INC.**                          Case number (*if known*) _____
         Name

---

**11.** **Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **TEAM BUSINESS SOLUTIONS, INC.**
Name

Case number (*if known*)

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2017**
MM / DD / YYYY

X **/s/ Kirk M. Nelson**
Signature of authorized representative of debtor

**Kirk M. Nelson**
Printed name

Title    **President and CEO**

**18. Signature of attorney**

X **/s/ J S. Williams**
Signature of attorney for debtor

Date **October 13, 2017**
MM / DD / YYYY

**J S. Williams**
Printed name

**The Williams Firm**
Firm name

**15615 Alton Pkwy Ste 175**
**Irvine, CA 92618-7303**
Number, Street, City, State & ZIP Code

Contact phone    **(949) 660-8680**

Email address    **jwilliams@williamsbkfirm.com**

**110173**
Bar number and State

TEAM BUSINESS SOLUTIONS INC
7 Orchard
Ste 101
Lake Forest, CA  92630-8360


The Williams Firm
15615 Alton Pkwy Ste 175
Irvine, CA  92618-7303

Bank of America
PO Box 982238
El Paso, TX  79998-2238


Bank of the West
c/o Hemar Rousso & Heald LLP
15910 Ventura Blvd Fl 12
Encino, CA  91436-2802


BR Data
175 Pinelawn Rd Ste 305
Melville, NY  11747-3180


CAS Scale
99 Murray Hill Pkwy
East Rutherford, NJ  07073-2148


Comerica Bank
PO Box 790408
Saint Louis, MO  63179-0408


Ford Credit
PO Box 552679
Detroit, MI  48255-2679


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA  95812-2952

Health Net
PO Box 10420
Van Nuys, CA   91410-0420


I-Tek Services Inc
25501 Arctic Ocean Dr
Lake Forest, CA   92630-8827


Illinois Wholesale
2790 Pinnacle Dr
Elgin, IL   60124-7943


Ingram Micro
PO Box 70087
Los Angeles, CA   90074-0087


Internal Revenue Service
PO Box 7346
Philadelphia, PA   19101-7346


Invatron
55261 Kingsway Dr
Shelby Township, MI   48316-1076


Jensen Systems
13900 Tucker Ave
Sylmar, CA   91342-1927

Kaiser Foundation
393 E Walnut St
Pasadena, CA   91188-0001


Nashua Inc
PO Box 802035
Chicago, IL   60680-2035


NCR
14181 Collection Center Dr
Chicago, IL   60693-0141


Olen Commecial Realty Corp
PO Box 51915
Los Angeles, CA   90051-6215


Olen Inc
PO Box 51915
Los Angeles, CA   90051-6215


Pitney Bowes Global Fin Svc
PO Box 371887
Pittsburgh, PA   15250-7887


Posera Software
11057 8th Ave NE
Seattle, WA   98125-6103

Principal Financial Group
PO Box 10372
Des Moines, IA   50306-0372


Purchase Power
PO Box 371874
Pittsburgh, PA   15250-7874


Retalix
PO Box 202326
Dallas, TX   75320-2326


Rice Lake
230 W Coleman St
Rice Lake, WI   54868-2404


Scan Source
24263 Network Pl
Chicago, IL   60673-1242


Staples Credit Plan
PO Box 183174
Columbus, OH   43218-3174


Syntech
9300 Santa Anita Ave # 100
Rancho Cucamonga, CA   91730-6145

Tele Express
230 Goddard
Irvine, CA   92618-4625


The Home Depot
PO Box 9001030
Louisville, KY   40290-1030


The Lincoln Motor Company
PO Box 4862
Ithaca, NY   14852-4862


Thomas P Cox
335 Centennial Way # 230
Tustin, CA   92780-3756


Travelers Property Casualty Co
PO Box 660317
Dallas, TX   75266-0317


U Line
2200 S Lakeside Dr
Waukegan, IL   60085-8361


United Parcel Service
PO Box 894820
Los Angeles, CA   90189-4820

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Irvine, California.
Dated: **October 10, 2017**

/s/ Kirk M. Nelson
_____
*Signature of Debtor*

_____
*Signature of Joint Debtor*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name    **TEAM BUSINESS SOLUTIONS, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **69,773.36**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **69,773.36**

### Part 2:    Summary of Liabilities

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................ $     **265,561.58**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................................. $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................... +$     **367,965.96**

4.  **Total liabilities** ..............................................................................................
    Lines 2 + 3a + 3b                            $     **633,527.54**

**Fill in this information to identify the case:**

Debtor name    **TEAM BUSINESS SOLUTIONS, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Checking** | 0371 | $437.05 |
| 3.2. | **Bank of the West** | **Checking** | 9018 | $107.62 |
| 3.3. | **Bank of America** | **Savings** | | $7.57 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$552.24

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Landlord** | $7,547.13 |
| --- | --- | --- |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **TEAM BUSINESS SOLUTIONS, INC.**                                Case number *(If known)* _____
<u>Name</u>

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

       8.1.   **Travelers Property & Casuatly Co.**                                                    $1,243.07

9.    **Total of Part 2.**
       Add lines 7 through 8. Copy the total to line 81.                                  $8,790.20

**Part 3:    Accounts receivable**

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 56.33 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $56.33 |
| 11a. 90 days old or less: | 550.00 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $550.00 |
| 11a. 90 days old or less: | 306.24 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $306.24 |
| 11a. 90 days old or less: | 150.00 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $150.00 |
| 11a. 90 days old or less: | 20.72 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $20.72 |
| 11a. 90 days old or less: | 1.50 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $1.50 |
| 11a. 90 days old or less: | 29.06 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $29.06 |
| 11b. Over 90 days old: | 1,176.00 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $1,176.00 |
| 11b. Over 90 days old: | 338.25 <br> face amount | – | 0.00 = .... <br> doubtful or uncollectible accounts | $338.25 |

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                        page 2

Debtor   **TEAM BUSINESS SOLUTIONS, INC.**
_____   Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **3,952.00** | - | 0.00 | =.... | **$3,952.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **2,083.16** | - | 0.00 | =.... | **$2,083.16** |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **280.54** | - | 0.00 | =.... | **$280.54** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| |
|---|
| **$8,943.80** |

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials **Raw inventory** | **10/2/2017** | **$19,223.50** | | **$19,223.50** |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| |
|---|
| **$19,223.50** |

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor   **TEAM BUSINESS SOLUTIONS, INC.**

Case number *(If known)* _____

_____
Name

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Desks (11), Bookcases (8), Work benches (24), Shipping table (1), Warehouse shelves (28), Chairs & stools (42), Small file cabinets (5), Large file cabinets (10), Large black cabinet (1), conference tables (2), Test tables (2), Folding tables (3), Office credenza (5), Warehouse cabinet (1), Fridge (1)** | $12,934.04 | Book Value - 201 | $12,934.04 |
| 40.  **Office fixtures**<br>**Leasehold improvements** | $9,550.71 | Book value - 201 | $9,550.71 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office computers (5), Brother system printer (1), Norstar phone system (1)** | $7,624.64 | Book value - 201 | $7,624.64 |

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| $30,109.39 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **TEAM BUSINESS SOLUTIONS, INC.**                          Case number *(If known)* _____
_____
Name

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** Website - www.tbspos.com | unknown | None | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer list | unknown | None | unknown |
| 64. **Other intangibles, or intellectual property** Software | $2,154.23 | Book value - 201 | $2,154.23 |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $2,154.23 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **TEAM BUSINESS SOLUTIONS, INC.**    Case number *(if known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $552.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,790.20 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,943.80 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $19,223.50 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $30,109.39 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,154.23 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $69,773.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $69,773.36 |

**Fill in this information to identify the case:**

Debtor name **TEAM BUSINESS SOLUTIONS, INC.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1   Bank of the West**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Bank of America** | **$265,561.58** | **$68,522.72** |
| c/o Hemar Rousso &<br>Heald, LLP<br>15910 Ventura Blvd Fl 12<br>Encino, CA 91436-2802<br>Creditor's mailing address | | | |
| | Describe the lien<br>**Secured bank loan/lawsuit** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**04/26/2016**<br>Last 4 digits of account number | ■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$265,561.58**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **TEAM BUSINESS SOLUTIONS, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** | **$0.00** |
|---|---|---|---|---|

| | **Franchise Tax Board** | ☐ Contingent |
| | **Bankruptcy Section MS: A-340** | ☐ Unliquidated |
| | **PO Box 2952** | ☐ Disputed |
| | **Sacramento, CA 95812-2952** | |

Date or dates debt was incurred

Basis for the claim:
**2017 income tax liability**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** | **$0.00** |
|---|---|---|---|---|

| | **Internal Revenue Service** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **PO Box 7346** | ☐ Disputed |
| | **Philadelphia, PA 19101-7346** | |

Date or dates debt was incurred

Basis for the claim:
**2017 income tax liability**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **TEAM BUSINESS SOLUTIONS, INC.**
_____        Case number (if known) _____
          Name

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Bank of America** | ☐ Contingent |
| | | ☐ Unliquidated |
| | PO Box 982238 | ☐ Disputed |
| | El Paso, TX 79998-2238 | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revolving Business Card Account** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes |

$22,569.20 (row 3.1)

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Bank of the West** | ☐ Contingent |
| | **c/o Hemar Rousso & Heald, LLP** | ☐ Unliquidated |
| | **15910 Ventura Blvd Fl 12** | ☐ Disputed |
| | **Encino, CA 91436-2802** | |
| | Date(s) debt was incurred  _05/19/2016_ | Basis for the claim:  **Revolving Business Credit Card Acct** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes |

$44,015.51 (row 3.2)

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **BR Data** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **175 Pinelawn Rd Ste 305** | ☐ Disputed |
| | **Melville, NY 11747-3180** | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Vendor Debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes |

$1,983.55 (row 3.3)

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **CAS Scale** | ☐ Contingent |
| | | ☐ Unliquidated |
| | **99 Murray Hill Pkwy** | ☐ Disputed |
| | **East Rutherford, NJ 07073-2148** | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Vendor Debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes |

$2,029.14 (row 3.4)

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Comerica Bank** | ☐ Contingent |
| | | ☐ Unliquidated |
| | PO Box 790408 | ☐ Disputed |
| | Saint Louis, MO 63179-0408 | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Revolving Business Card Account** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes |

$29,460.39 (row 3.5)

| | | |
|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Ford Credit** | ☐ Contingent |
| | | ☐ Unliquidated |
| | PO Box 552679 | ☐ Disputed |
| | Detroit, MI 48255-2679 | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Auto Lease** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes |

$452.84 (row 3.6)

| | | |
|---|---|---|
| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Health Net** | ☐ Contingent |
| | | ☐ Unliquidated |
| | PO Box 10420 | ☐ Disputed |
| | Van Nuys, CA 91410-0420 | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Vendor Debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No  ☐ Yes |

$4,430.86 (row 3.7)

Debtor    **TEAM BUSINESS SOLUTIONS, INC.**                                    Case number (if known) _____
          Name

| | 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,232.86 |

| | 3.8 | Nonpriority creditor's name and mailing address |
|---|---|---|

**3.8** Nonpriority creditor's name and mailing address
**I-Tek Services, Inc.**

25501 Arctic Ocean Dr
Lake Forest, CA 92630-8827
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,232.86**

---

**3.9** Nonpriority creditor's name and mailing address
**Illinois Wholesale**

2790 Pinnacle Dr
Elgin, IL 60124-7943
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,174.14**

---

**3.10** Nonpriority creditor's name and mailing address
**Ingram Micro**

PO Box 70087
Los Angeles, CA 90074-0087
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,809.56**

---

**3.11** Nonpriority creditor's name and mailing address
**Invatron**

55261 Kingsway Dr
Shelby Township, MI 48316-1076
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,042.72**

---

**3.12** Nonpriority creditor's name and mailing address
**Jensen Systems**

13900 Tucker Ave
Sylmar, CA 91342-1927
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$184.07**

---

**3.13** Nonpriority creditor's name and mailing address
**Kaiser Foundation**

393 E Walnut St
Pasadena, CA 91188-0001
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,837.70**

---

**3.14** Nonpriority creditor's name and mailing address
**Nashua, Inc.**

PO Box 802035
Chicago, IL 60680-2035
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$89.34**

---

Debtor  **TEAM BUSINESS SOLUTIONS, INC.**                              Case number (if known) _____
        <sub>Name</sub>

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,313.03 |

**NCR**

☐ Contingent
☐ Unliquidated
☐ Disputed

14181 Collection Center Dr
Chicago, IL 60693-0141

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Vendor Debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,856.51 |

**Olen Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 51915
Los Angeles, CA 90051-6215

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Commercial Real Estate Lessor

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $336.76 |

**Pitney Bowes Global Fin. Svc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 371887
Pittsburgh, PA 15250-7887

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Vendor Debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,575.00 |

**Posera Software**

☐ Contingent
☐ Unliquidated
☐ Disputed

11057 8th Ave NE
Seattle, WA 98125-6103

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Vendor Debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.42 |

**Principal Financial Group**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 10372
Des Moines, IA 50306-0372

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Vendor Debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $336.67 |

**Purchase Power**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 371874
Pittsburgh, PA 15250-7874

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Vendor Debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,263.49 |

**Retalix**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 202326
Dallas, TX 75320-2326

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Vendor Debt

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor    **TEAM BUSINESS SOLUTIONS, INC.**                    Case number (if known) _____
_____
Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.26 |

**3.22** Nonpriority creditor's name and mailing address
**Rice Lake**

230 W Coleman St
Rice Lake, WI 54868-2404

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$392.26**

---

**3.23** Nonpriority creditor's name and mailing address
**Scan Source**

24263 Network Pl
Chicago, IL 60673-1242

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$104,571.12**

---

**3.24** Nonpriority creditor's name and mailing address
**Staples Credit Plan**

PO Box 183174
Columbus, OH 43218-3174

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Business Account**

Is the claim subject to offset? ■ No ☐ Yes

**$460.00**

---

**3.25** Nonpriority creditor's name and mailing address
**Syntech**

9300 Santa Anita Ave # 100
Rancho Cucamonga, CA 91730-6145

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,281.03**

---

**3.26** Nonpriority creditor's name and mailing address
**Tele Express**

230 Goddard
Irvine, CA 92618-4625

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,083.50**

---

**3.27** Nonpriority creditor's name and mailing address
**The Home Depot**

PO Box 9001030
Louisville, KY 40290-1030

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Business Card Account**

Is the claim subject to offset? ■ No ☐ Yes

**$1,705.04**

---

**3.28** Nonpriority creditor's name and mailing address
**Thomas P. Cox**

335 Centennial Way # 230
Tustin, CA 92780-3756

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

Debtor   **TEAM BUSINESS SOLUTIONS, INC.**                            Case number (if known) _____
         <sub>Name</sub>

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*   **$222.50** |

3.29 **Travelers Property Casualty Co.**

PO Box 660317
Dallas, TX 75266-0317

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance 

Is the claim subject to offset? ■ No ☐ Yes

**$222.50**

---

3.30 **Nonpriority creditor's name and mailing address**
**U Line**

2200 S Lakeside Dr
Waukegan, IL 60085-8361

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Debt 

Is the claim subject to offset? ■ No ☐ Yes

**$58.26**

---

3.31 **Nonpriority creditor's name and mailing address**
**United Parcel Service**

PO Box 894820
Los Angeles, CA 90189-4820

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Debt 

Is the claim subject to offset? ■ No ☐ Yes

**$600.49**

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 367,965.96 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 367,965.96 |

**Fill in this information to identify the case:**

Debtor name    **TEAM BUSINESS SOLUTIONS, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official
Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **Commercial Real Estate Lease** | |
|     State the term remaining | Olen Commecial Realty Corp. PO Box 51915 Los Angeles, CA 90051-6215 |
|     List the contract number of any government contract   _____ | |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    **Business auto lease - 2016 Lincoln MKZ** | |
|     State the term remaining | The Lincoln Motor Company PO Box 4862 Ithaca, NY 14852-4862 |
|     List the contract number of any government contract   52749175 | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **TEAM BUSINESS SOLUTIONS, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | _____ | Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name  **TEAM BUSINESS SOLUTIONS, INC.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 13, 2017**    X /s/ Kirk M. Nelson
                                   Signature of individual signing on behalf of debtor

                                   **Kirk M. Nelson**
                                   Printed name

                                   **President and CEO**
                                   Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name   **TEAM BUSINESS SOLUTIONS, INC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | $743,044.73 |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $1,798,217.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **TEAM BUSINESS SOLUTIONS, INC.** _____    Case number *(if known)* _____

relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Bank of the West v. Team Business Solutions, Inc., et al | Breach of Promissory Note, etc. | Orange County Superior Court 700 W Civic Center Dr Santa Ana, CA 92701-4045 | ☑ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

---

Debtor    **TEAM BUSINESS SOLUTIONS, INC.** _____    Case number (if known) _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.    **The Williams Firm** **15615 Alton Pkwy Ste 175** **Irvine, CA 92618-7303** | 0.00 | 9/6/2017 | $6,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|
| 14.1.    **2146 Michelson Dr Ste A** **Irvine, CA 92612-1347** | | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Debtor    **TEAM BUSINESS SOLUTIONS, INC.**                                    Case number *(if known)* _____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor   **TEAM BUSINESS SOLUTIONS, INC.** _____     Case number *(if known)* _____

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Thomas P. Cox, CPA**<br>**335 Centennial Way Ste 210**<br>**Tustin, CA 92780-3755** | **Through 2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

Debtor    **TEAM BUSINESS SOLUTIONS, INC.** _____    Case number _(if known)_ _____

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    **Bank of the West**
      **15910 Ventura Blvd Fl 12**
      **Encino, CA 91436-2802**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Kirk M. Nelson | 10/2/2017 | $19,223.50 |
| | Name and address of the person who has possession of inventory records | | |
| | Kirk M. Nelson | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kirk M. Nelson | | President/CEO, 100% shareholder | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **TEAM BUSINESS SOLUTIONS, INC.**                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Kirk M. Nelson** | **$45,162.00** | **10/2016 to 10/2017** | **Salary** |

|  | Relationship to debtor |
|---|---|
|  | **President, 100% shareholder** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 13, 2017**

**/s/ Kirk M. Nelson**                          **Kirk M. Nelson**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **President and CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

**In re**    TEAM BUSINESS SOLUTIONS, INC.

Case No. _____

**Debtor**    Chapter _7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $____6,000.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $____6000.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0

2.  The source of the compensation paid to me was:

    ☑ Debtor         ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☐ Debtor         ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 10/13/2017 | /s/ J. Scott Williams |
|---|---|
| *Date* | *Signature of Attorney* |
| | THE WILLIAMS FIRM |
| | *Name of law firm* |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **J S. Williams**<br><br>**15615 Alton Pkwy Ste 175**<br>**Irvine, CA 92618-7303**<br>**(949) 660-8680 Fax: (866) 284-8670**<br>California State Bar Number: **110173**<br>jwilliams@williamsbkfirm.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| In re:<br><br>   **TEAM BUSINESS SOLUTIONS, INC.** | CASE NO.:<br><br>CHAPTER: **7** |
|---|---|
| <br><br><br><br><br><br>                                                    Debtor(s). | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __October 13, 2017__                    /s/ Kirk M. Nelson
                                              Siganture of Debtor 1

Date: _____                    _____
                                              Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __October 13, 2017__                    /s/ J S. Williams
                                              Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                          **F 1007-1.MAILING.LIST.VERIFICATION**